```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUNG VANNGO,

                Plaintiff,

- against -

STUDIOMD LLC; LASERTOUCH SOHO LLC; and DOES 1-10, INCLUSIVE,

                Defendants.

**24 Civ. 2172 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff filed an amended complaint in the above-captioned matter on June 18, 2024. (See Dkt. No. 14.) The named defendants filed an answer to the amended complaint on August 19, 2024. (See Dkt. No. 21.)

    The parties are hereby directed to submit a joint letter within twenty (20) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a proposed Case Management Plan that provides that discovery is to be completed within four (4) months unless otherwise permitted

by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   20 August 2024
         New York, New York

<br>

_____
Victor Marrero
U.S.D.J.