## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUNG VANNGO, | Case No. 1:24-cv-02172-VM |
| Plaintiff, | **21-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |
| v. | |
| STUDIOMD LLC et al., | |
| Defendants. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/17/2024___
```

The parties having informed the Court that they have reached a settlement in principle by way of the Parties Notice of Settlement (ECF No. 24);

**IT IS, on this __17__ day of September 2024,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 21 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 21-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

Victor Marrero
U.S.D.J.